IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT E. MACLAREN** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **STATE OF TEXAS** | : | NO. 12-3571 |
| **DAVID P. WEEKS** | : | |

**O R D E R**

AND NOW, this 13th day of August, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons discussed in the Court's Memorandum.

3. This case shall be marked CLOSED.

BY THE COURT:

/s/ Joel H. Slomsky, J.
**JOEL H. SLOMSKY, J.**